## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) KERR-McGEE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-05-276-L |
| | ) | |
| (1) CARL C. ICAHN; (2) BARBERRY | ) | |
| CORPORATION;  (3) HOPPER | ) | |
| INVESTMENTS, LLC;(4) HIGH RIVER | ) | |
| LIMITED PARTNERSHIP; (5) ICAHN | ) | |
| PARTNERS MASTER FUND LP; | ) | |
| (6) ICAHN OFFSHORE LP;(7) CCI | ) | |
| OFFSHORE, LLC;(8) ICAHN PARTNERS, | ) | |
| LP; (9) ICAHN ONSHORE, LP; (10) CCI | ) | |
| ONSHORE, LLC; (11) JANA PARTNERS | ) | |
| LLC; (12)BARRY ROSENSTEIN; and | ) | |
| (13) GARY CLAAR; | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants 1-10: Carl C. Icahn;

Barberry Corporation; Hopper Investments, LLC; High River Limited Partnership; Icahn

Partners Master Fund LP; Icahn Offshore LP; CCI Offshore, LLC; Icahn Partners, LP; Icahn

Onshore, LP; and CCI Onshore, LLC.

I certify that I am admitted to practice in this court.  I also certify that I am registered

in this Court's Electronic Case Filing System.

DATED: March 17, 2005.

*/s/Don G. Holladay*

Don G. Holladay, OBA No. 4294
HOLLADAY CHILTON & DeGIUSTI, PLLC
204 North Robinson, Suite 1550
Oklahoma City, OK 73102
(405) 236-2343 telephone
(405) 236-2349 facsimile
E-mail: dholladay@hcdattorneys.com

Attorneys for Defendants 1-10: Carl C. Icahn; Barberry Corporation; Hopper Investments, LLC; High River Limited Partnership; Icahn Partners Master Fund LP; Icahn Offshore LP; CCI Offshore, LLC; Icahn Partners, LP; Icahn Onshore, LP; and CCI Onshore, LLC.


*Of Counsel*:
Theodore Altman
DLA PIPER RUDNICK GRAY CARY
1251 Avenue of the Americas
New York, New York 10020
(212) 835-6060 telephone
(212) 835-6001 facsimile
E-mail: theodore.altman@dlapiper.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2005, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Harry A. Woods and Charles B. Goodwin, of the law firm Crowe & Dunlevy, and mailed a copy of the attached document to any attorney of record who is not an ECF participant.

*/s/Don G. Holladay*