IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KERR-MCGEE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) CARL C. ICAHN, (2) BARBERRY )<br>CORPORATION, (3) HOPPER INVESTMENTS, )<br>LLC, (4) HIGH RIVER LIMITED )<br>PARTNERSHIP, (5) ICAHN PARTNERS )<br>MASTER FUND LP, (6) ICAHN OFFSHORE LP, )<br>(7) CCI OFFSHORE LLC, (8) ICAHN )<br>PARTNERS LP, (9) ICAHN ONSHORE LP, )<br>(10) CCI ONSHORE LLC, (11) JANA )<br>PARTNERS LLC, (12) BARRY ROSENSTEIN, )<br>and (13) GARY CLAAR, )<br>)<br>Defendants. ) | Case No.  CIV-05-276-F |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kerr-McGee Corporation and Defendants Carl C. Icahn, Barberry Corporation, Hopper Investments, LLC, High River Limited Partnership, Icahn Partners Master Fund LP, Icahn Offshore LP, CCI Offshore LLC, Icahn Partners LP, Icahn Onshore LP, CCI Onshore LLC, JANA Partners LLC, Barry Rosenstein, and Gary Claar, each by and through counsel, stipulate and agree that the claims asserted herein are dismissed with prejudice to refiling.

                                        Respectfully submitted,

                                        s/Charles B. Goodwin
                                        HARRY A. WOODS, JR., OBA #9863
                                        CHARLES B. GOODWIN, OBA #17637
                                        Crowe & Dunlevy, P.C.
                                        20 North Broadway, Suite 1800
                                        Oklahoma City, Oklahoma 73102
                                        Telephone:     (405) 235-7700
                                        Facsimile:       (405) 239-6651

E-mail: woodsh@crowedunlevy.com
goodwinc@crowedunlevy.com

*Attorneys for Plaintiff Kerr-McGee Corporation*

*Of Counsel:*
Peter J. Nickles
COVINGTON & BURLING
1201 Pennsylvania Avenue
Washington, DC  20004
(202) 662-2000
(202) 662-6291 fax
pnickles@cov.com

Thomas L. Cubbage III, OBA #20133
Kerr-McGee Shared Services Company LLC
P.O. Box 25861
Oklahoma City, Oklahoma 73125
(405) 270-1313
(405) 270-4101 fax
tcubbage@kmg.com

David W. Haller
Jonathan M. Sperling
Mark P. Gimbel
COVINGTON & BURLING
1330 Avenue of the Americas
New York, New York  10019
(212) 841-1000
(212) 841-1010 fax
dhaller@cov.com

s/Timothy D. DeGiusti
*(Signed by Filing Attorney with permission of Defendants' Attorney)*
Don G. Holladay, OBA #4294
Timothy D. DeGiusti, OBA #13215
HOLLADAY CHILTON & DeGIUSTI
204 N. Robinson, Suite 1550
Oklahoma City, OK  73102
Telephone:  (405) 236-2343
Facsimile:   (405) 236-2349
Email: dholladay@hcdattorneys.com
           tdegiusti@hcdattorneys.com

*Attorneys for Defendants 1-10: Carl C. Icahn; Barberry Corporation; Hopper Investments, L.L.C., High River Limited Partnership; Icahn Partners Master Fund LP; Icahn Offshore LP; CCI Offshore, LLC; Icahn Partners, LP; Icahn Onshore, LP; and CCI Onshore, LLC.*

s/George S. Corbyn
*(Signed by Filing Attorney with permission of Defendants' Attorney)*
George S. Corbyn, OBA #1910
Kathryn M. Zynda, OBA #15880
CORBYN LAW FIRM
Two Leadership Square
211 N. Robinson, Suite 1120
Oklahoma City, OK  73102
Telephone:  (405) 239-7055
Facsimile:   (405) 239-2436
Email:  gcorbyn@corbynlaw.com

*Attorneys for Defendants, 11-13:  JANA Partners, L.L.C., Barry Rosenstein, and Gary Claar*

*Of Counsel*:

| | |
|---|---|
| Theodore Altman | Howard O. Godnick |
| Douglas Rappaport | Marcy Ressler Harris |
| DLA PIPER RUDNICK GRAY CARY | SCHULTE ROTH & ZABEL LLP |
| 1251 Avenue of the Americas | 919 Third Avenue |
| New York, New York 10020 | New York, New York  10022 |
| (212) 835-6060 telephone | (212) 756-2000 - telephone |
| (212) 835-6001 facsimile | (212) 756-5955 - facsimile |
| E-mail: theodore.altman@dlapiper.com | Email:  marcy.harris@srz.com |

## CERTIFICATE OF SERVICE

I certify that on April 14, 2005, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Don G. Holladay<br>dholladay@hcdattorneys.com | George S. Corbyn, Jr.<br>gcorbyn@corbynlaw.com |
| Timothy D. DeGiusti<br>tdegiusti@hcdattorneys.com | Kathryn M. Zynda<br>kzynda@corbynlaw.com |
| Theodore Altman<br>theodore.altman@dlapiper.com | Howard O. Godnick<br>howard.godnick@srz.com |
| Robert Brownlie<br>robert.brownlie@dlapiper.com | Marcy R. Harris<br>marcy.harris@srz.com |
| Douglas Rappaport<br>douglas.rappaport@dlapiper.com | Sujeet Dinesh Mehta<br>sujeet.mehta@srz.com |
| Joshua S. Sohn<br>joshua.sohn@dlapiper.com | Nikhil Sampat Singhvi<br>nick.singhvi@srz.com |
| David F. Gross<br>david.gross@dlapiper.com | *Counsel for Jana Partners LLC, Barry Rosenstein, and Gary Claar* |

*Counsel for Carl C. Icahn, Barberry Corporation, Hopper Investments LLC, High River Limited Partnership, Icahn Partners Master Fund LP, Icahn Offshore LP, CCI Offshore LLC, Icahn Partners LP, Icahn Onshore LP, and CCI Onshore LLC*

                s/Charles B. Goodwin
                Charles B. Goodwin